SUZANNE M. MORRIS, State Bar No. 239324
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: 415/513-5605
Facsimile: 415/683-3176

Attorney for Defendant JESSIKA GREEN

**FILED**

AUG 27 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSIKA GREEN, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR-13-560-JST <br><br> ~~STIPULATION AND~~ <br> ~~[PROPOSED]~~ ORDER <br> CONTINUING SENTENCING <br> HEARING |

Defendant Jessika Green, through her counsel, Suzanne Morris, and the United States, through its counsel, Thomas Newman, and hereby stipulate and agree to continue the sentencing hearing currently scheduled to occur on Friday, October 10, 2014, at 9:30 am, to Monday, October 20, 2014, at 2:00 pm. The parties previously requested that the sentencing be continued to October 20, 2014 at 9:30 am. Dkt. 65. Based on the Court's availability, the parties hereby revise that request to October 20, 2014 at 2:00 pm.

Good cause exists for the stipulated request for continuance on the grounds that counsel for Ms. Green requires additional time to obtain background, school, medical and treatment records to submit to the probation officer preparing the pre-sentence investigation report. Counsel for Ms.

Green has spoken with Charlie Mabie, the probation officer preparing the presentence investigation report and is informed that Mr. Mabie is available on the requested date.

SO STIPULATED

    IT IS SO STIPULATED.

Date: 8/27/14

/s/
Suzanne M. Morris
Counsel for Jessika Green

Dated: 8/27/14

/s/
Thomas Newman
Assistant United States Attorney

    IT IS SO ORDERED.

Date: 8/27/14

_____
The Honorable Jon S. Tigar
United States District Judge