SUZANNE M. MORRIS, State Bar No. 239324
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA  94109
Telephone: 415/513-5605
Facsimile: 415/683-3176

Attorney for Defendant JESSIKA GREEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR-13-560-JST |
| ) | |
| Plaintiff, ) | **STIPULATION AND** |
| ) | **[PROPOSED] ORDER** |
| v. ) | **CONTINUING SENTENCING** |
| ) | **HEARING** |
| JESSIKA GREEN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Jessika Green, through her counsel, Suzanne Morris, and the United States, through its counsel, Thomas Newman, and hereby stipulate and agree to continue the sentencing hearing currently scheduled to occur on Friday, October 20, 2014, at 2:00 pm, to Friday, December 5, 2014, at 2:00 pm. The requested date is the same that that Ms. Green's co-defendant, Khyber Law, is scheduled to be sentenced.

Good cause exists for the stipulated request for continuance on the grounds that counsel for Ms. Green is having a psychological evaluation completed to submit to probation as an aid to sentencing, which will not be complete prior to the date that probation's draft presentence

//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE

No. CR 13-560-JST-DLJ

1

1  investigation report is due, based on the current sentencing date of October 20, 2014.

2

3        IT IS SO STIPULATED.

4

5  Date:  9/15/14                                         /s/  Suzanne M. Morris
                                                         Suzanne M. Morris
6                                                        Counsel for Jessika Green

7

8

9  Dated:  9/15/14                                        /s/ Thomas Newman
                                                         Thomas Newman
10                                                       Assistant United States Attorney

11

12

13        IT IS SO ORDERED.

14  Date:  September 16, 2014

*IT IS SO ORDERED*
*Judge Jon S. Tigar*

STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING DATE

No. CR 13-560-JST-DLJ

2