Nicole E. Giacinti, State Bar No. 233121
Morris & Giacinti LLP
899 Ellis Street
San Francisco, CA 94109
Telephone: 415/513-5605
Facsimile: 415/683-3176

Attorney for Defendant JESSIKA GREEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>JESSIKA GREEN,<br><br>Defendant. | No. CR-13-560-JST<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING SENTENCING HEARING** |

Defendant Jessika Green, through her counsel, Nicole E. Giacinti on behalf of Suzanne Morris, and the United States, through its counsel, Thomas Newman, hereby stipulate and agree to continue the sentencing hearing currently scheduled to occur on Friday, December 5, 2014, at 2:00 p.m. to Friday February 20, 2015 at 2:00 p.m. Probation officer Charlie Mabie also stipulates to continuing the sentencing to February 20, 2015.

Good cause exists for the stipulated request for continuance on the grounds that preparation of Ms. Green's psychological evaluation has taken longer than expected, which has

///

///

///

impacted probation's ability to prepare its pre-sentence report within the time limits.

IT IS SO STIPULATED.

Date: 11/12/14

_/s/_ Nicole E. Giacinti for
Suzanne M. Morris
Counsel for Jessika Green

Dated: 11/12/14

/s/ Thomas Newman __________
Thomas Newman
Assistant United States Attorney

IT IS SO ORDERED.

Date: November 13, 2014

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Jon S. Tigar
NORTHERN DISTRICT OF CALIFORNIA

T
U

STIPULATION AND ~~[PROPOSED]~~ ORDER TO CONTINUE SENTENCING DATE
No. CR 13-560-JST-DLJ

2